for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Chas. C. Burlingham* and *Mr. Chauncey I. Clark* for the petitioners. *Mr. Louis Sturcke* for the respondent.

---

No. 1089. H. G. Hastings et al., Petitioners, *v.* W. D. Malone. May 12, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. F. Ramsey* and *Mr. Samuel Wm. Fisher* for the petitioners. *Mr. Will G. Barber* for the respondent.

---

No. 1092. William A. Wright, Comptroller, etc., Petitioner, *v.* Louisville & Nashville Railroad Company et al. May 12, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Thos. S. Felder, Mr. Jno. C. Hart* and *Mr. Samuel H. Sibley* for the petitioner. *Mr. Joseph B. Cumming* and *Mr. Alex. C. King* for the respondent.

---

No. 1093. Cuno H. Rudolph et al., Petitioners, *v.* Lynchburg Investment Corporation et al. May 12, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Edward H. Thomas* for the petitioners. *Mr. Jos. W. Cox* and *Mr. W. C. Sullivan* for the respondents.

---

No. 1000. Julian Munsuri, Petitioner, *v.* C. O. Lord, Trustee, etc. May 12, 1913. Petition for a writ